.

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# MEDFORD DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 1:22-cr-<u>00064-AA</u> |
| v. | **MISDEMEANOR INFORMATION** |
| **DEVIN FRIEDRICK KRUSE,** | 18 U.S.C. § 248(a)(3) |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT 1**</u>
**(Freedom of Access to Clinic Entrances)**
**18 U.S.C. § 248(a)(3)**

On or about November 23, 2021, in the District of Oregon, defendant **DEVIN FRIEDRICK KRUSE** did intentionally damage and destroy the property of the Planned Parenthood clinic located in Grants Pass, Oregon, by breaking security cameras and a window, because the clinic provided reproductive health services.

In violation of Title 18, United States Code, Section 248(a)(3).

\ \ \

\ \ \

\ \ \

# COUNT 2
**(Freedom of Access to Clinic Entrances)**
**18 U.S.C. § 248(a)(3)**

On or about November 26, 2021, in the District of Oregon, defendant **DEVIN FRIEDRICK KRUSE** did intentionally damage and destroy the property of the Planned Parenthood clinic located in Grants Pass, Oregon, by throwing a concrete block through a window and tearing down the clinic's intercom system, because the clinic provided reproductive health services.

In violation of Title 18, United States Code, Section 248(a)(3).

Presented by:

| | |
|---|---|
| SCOTT ERIK ASPHAUG<br>United States Attorney<br>District of Oregon | KRISTEN M. CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| /s/ Gavin W. Bruce<br>GAVIN W. BRUCE, OSB# 113384<br>Assistant United States Attorney | /s/ Cameron A. Bell<br>CAMERON A. BELL<br>Trial Attorney<br>Civil Rights Division |
| /s/ John C. Brassell<br>JOHN C. BRASSELL, WASB# 51639<br>Assistant United States Attorney | |